BEFORE THE SECOND DIVISION, AUGUST 14, 1959

No. 63296.—Davies, Turner & Co. *v.* United States, protest 287495–K (Philadelphia).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of automatic feeders the same in all material respects as those the subject of *John V. Carr & Son, Inc., et al.* v. *United States* (40 Cust. Ct. 292, C.D. 1996), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 14, 1959

No. 63297.—Park & Tilford Import Corp. *v.* United States, protests 85651–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.